IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| TERRI LIKE, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> CAPITAL ONE BANK (U.S.A.), N.A., § <br> § <br> Defendant. § <br> § <br> § | Civil Action No. 3:18-cv-00211-HLA-MCR |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: January 21, 2019

By: /s/ Amy L. Bennecoff Ginsburg
    Amy L. Bennecoff Ginsburg, Esq.
    Kimmel & Silverman, P.C.
    30 E. Butler Avenue
    Ambler, PA 19002
    Tel: 215-540-8888
    Fax: 215-540-8817
    aginsburg@creditlaw.com

    Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Megan Perkins Stephens, Esq.
Burr & Forman, LLP
420 N 20th St Ste 3400
Birmingham, AL 35203
Email: mstephen@burr.com
Attorneys for Defendant

Dated: January 21, 2019         By: /s/ Amy L. Bennecoff Ginsburg
                                Amy L. Bennecoff Ginsburg, Esq.
                                Kimmel & Silverman, P.C.
                                30 E. Butler Avenue
                                Ambler, PA 19002
                                Tel: 215-540-8888
                                Fax: 215-540-8817
                                aginsburg@creditlaw.com