UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **TERRI LIKE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 3:18-cv-00211-HLA-MCR |
| | ) |
| **CAPITAL ONE BANK (U.S.A.),** | ) |
| **N.A. and CAPITAL ONE AUTO** | ) |
| **FINANCE, a division of CAPITAL** | ) |
| **ONE, N.A.,** | ) |
| **Defendant.** | |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/ Megan Perkins Stephens* | */s/ Amy Lynn Bennecoff Ginsburg* |
| Megan Perkins Stephens, Esq. | Amy Lynn Bennecoff Ginsburg, Esq. |
| Burr & Forman, LLP | Kimmel & Silverman, P.C. |
| 420 N 20th St., Ste 3400 | 30 East Butler Pike |
| Birmingham, AL 35203 | Ambler, PA 19002 |
| Phone: 205/251-3000 | Phone: 215/540-8888 |
| Fax: 205/714-6893 | Fax: 215/540-8817 |
| Email: mstephen@burr.com | Email: teamkimmel@creditlaw.com |
| Attorney for the Defendants | Attorney for Plaintiff |
| | |
| Date: March 19, 2019 | Date: March 19, 2019 |

BY THE COURT:

_____

33107646 v1

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 19th day of March, 2019:

Megan Perkins Stephens, Esq.
Burr & Forman, LLP
420 N 20th St Ste 3400
Birmingham, AL 35203
Phone: 205/251-3000
Fax: 205/458-5100
Email: mstephen@burr.com
Attorney for the Defendant

           */s/ Amy Lynn Bennecoff Ginsburg*
           Amy Lynn Bennecoff Ginsburg, Esq.
           Kimmel & Silverman, P.C.
           30 East Butler Pike
           Ambler, PA 19002
           Phone: 215/540-8888
           Fax: 215/540-8817
           Email: teamkimmel@creditlaw.com
           Attorney for Plaintiff