UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**TERRI LIKE**,

    Plaintiff,

v.                                          CASE NO.   3:18-cv-211-J-25MCR

**CAPITAL ONE BANK (U.S.A.), N.A.**,
and **CAPITAL ONE AUTO FINANCE**,
a division of Capital One, N.A.,

    Defendants.

_____

**O R D E R**

    Pursuant to the parties' Stipulation (Dkt. 37), it is

    **ORDERED** that this action is **DISMISSED with prejudice**.

    **DONE AND ORDERED** at Jacksonville, Florida, this 21st day of March, 2019.

*/s/ Henry Lee Adams, Jr.*
HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record